**COZEN O'CONNOR**
Valerie Rojas
*vrojas@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7965
Facsimile: (213) 784-9076

**BAILEY CAVALIERI LLC**
Sabrina Haurin, admitted *pro hac vice*
*shaurin@baileycav.com*
Jolene Griffith, admitted *pro hac vice*
*jgriffith@baileycav.com*
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone: (614) 221-3155
Facsimile: (614) 221-0479

Attorneys for Plaintiff/Counter-Defendant
Scottsdale Insurance Company

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/4/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>DAVID FINEMAN, a California resident,<br><br>Defendant/Counter-Plaintiff. | Case No. 4:20-cv-00368-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree as follows: Plaintiff/Counter-Defendant Scottsdale Insurance Company's ("Scottsdale") claims against Defendant/Counter-Plaintiff David Fineman ("Fineman") contained in its First Amended Complaint (Doc. 38) are dismissed with prejudice; and the claims against

Scottsdale contained in Fineman's First Amended Counterclaim against Scottsdale (Doc. 39) are dismissed with prejudice. Each party shall be responsible for its/his own fees and costs. This stipulation disposes of all of the claims and causes of action that have been asserted in this matter.

SO STIPULATED:

Dated: July 30, 2021

_____
Valerie D. Rojas
Attorney for Plaintiff/Counter-Defendant
SCOTTSDALE INSURANCE COMPANY

Dated: July 29, 2021

_____
Nicole Adams-Hess
Attorney for Defendant/Counter-Plaintiff
DAVID FINEMAN